ACCEPTED
04-13-00558-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/16/2015 10:38:12 AM
KEITH HOTTLE
CLERK

# ZAFFIRINI AND CASTILLO
## ATTORNEYS-AT-LAW

1407 Washington Street
Laredo, Texas 78040

Carlos M. Zaffirini Sr.
Guadalupe Castillo
P.O. Box 627
Laredo, Texas 78042

September 16, 2015

956/724-8355
956/727-4448
zaffirini.com
z&claw

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/16/2015 10:38:12 AM
KEITH E. HOTTLE
Clerk

*Via E-File*
Keith E. Hottle, Clerk
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Ste. 3200
San Antonio, Texas 78205-3037

In re: Case No. 04-13-00558-CV; Bruington Engineering Ltd. Appellant v. Pedernal Energy L.L.C., Schlumberger Technology Corporation, Schlumberger Services, Inc. and Schlumberger Limited

Dear Mr. Hottle:

Enclosed please find the "Express Fee" of $25.00 dollars as requested to forward the case file to the Supreme Court of Texas, as per your letter of September 15, 2015, in connection with the above referenced case.

As per my phone conversation this morning with your Deputy Clerk, Elizabeth Montoya, this letter is to be filed electronically as an Exhibit so the funds can be submitted electronically.

Thank you for your attention to this matter. If you have any questions and or concerns in reference to this matter, please feel free to contact the office.

Sincerely,

Arabella H. Delgado
Paralegal to Carlos M. Zaffirini, Sr.

xc:
Sean Michael Reagan: *Via Facsimile (713)784-0338*
Michael G. Terry: *Via Facsimile (361)866-8039*
Ewing E. Sikes, III: *Via Facsimile :( 956)542-4370*
Brian Miller: *Via Facsimile: (361)884-7261*

1